UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

SEVERIN M. CHMIELEWSKI and DAYSTAR
MANAGEMENT GROUP, INC., a Minnesota
corporation,

        Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY COMPANY, a
foreign corporation; TWISTED KNOT LOG
FURNITURE, INC., a Minnesota corporation;
and NATHAN SZTAMBURSKI,

        Defendants.

Civil No. 21-1496 (JRT/TNL)

**ORDER FOR
REMAND TO STATE COURT**

---

Patrick J Neaton, **NEATON & PUKLICH, P.L.L.P.,** 7975 Stone Creek Drive, Suite 120, Chanhassen, MN 55317, for plaintiffs.

Lehoan T. Pham, **HAWS-KM, P.A.,** 30 East 7th Street, Suite 3200, St. Paul, MN 55101, for defendants.

Plaintiffs initiated this lawsuit against Defendant State Farm Fire and Casualty Company ("State Farm") in the Minnesota Tenth Judicial District, District Court for the County of Anoka. Defendant State Farm as a foreign corporation removed this lawsuit to Federal District Court. Pursuant to Plaintiffs' Stipulation with Defendant State Farm, Plaintiffs amended their Complaint to include Defendant Twisted Knot Log Furniture, Inc. and its owner, controlling person, and employee Nathan Sztamburski. Defendant Nathan Sztamburski is a resident of Anoka County, and the State of Minnesota. The attorneys for the respective

1

parties herein have stipulated to remand this lawsuit to Minnesota Tenth Judicial District, District Court for the County of Anoka, based upon the fact that there is no longer a total diversity of parties.

**THEREFORE, IT IS HEREBY ORDERED** that the above-entitled matter is **REMANDED** to Minnesota Tenth Judicial District, District Court for the County of Anoka.

DATED: May 3, 2022
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                                Chief Judge
                                                United States District Court