

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| Room 100 | Room 202 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | | |

May 5, 2022

Court Administration, Anoka County District Court
Anoka County Courthouse
2100 3rd Avenue
Anoka, MN 55303

Case Number: 0:21−cv−01496−JRT−TNL
Case Title: Chmielewski et al v. State Farm Fire and Casualty Company
Re: Order of Remand

Dear Case Administrator:

A certified copy of the Order of Remand filed by Chief Judge John R. Tunheim dated 5/4/2022 is enclosed. Please acknowledge receipt by returning a date−stamped copy of this notice in the enclosed self−addressed envelope.

Sincerely,

Kate M. Fogarty, Clerk

cc: Anoka County District Court

Enclosures: Order of Remand